FILED IN OPEN COURT
U.S.D.C ATLANTA

Date: 09102024

KEVIN P. WEIMER, Clerk

By: Velma Shanks
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES RILEY, individually as the surviving child of Mary Alexander, deceased, and as the executrix of the estate of Mary Alexander,<br><br>Plaintiff,<br><br>v.<br><br>LAKE CITY NURSING AND REHABILITATION CENTER, LLC d/b/a LAKE CITY NURSING AND REHAB CENTER,<br><br>Defendant. | Civil Action No.<br>1:20-cv-04986-VMC |

# VERDICT FORM

### Question No. 1

Do you find by a preponderance of the evidence that Lake City's care of Ms. Alexander breached the standard of care?

Yes _____      No __X__

If your answer to Question No. 1 is "No", please sign and date this Verdict Form and return it to the Court Security Officer.

If your answer to Question No. 1 is "Yes", please continue to Question No. 2.

## Question No. 2

If you found that Lake City breached the standard of care, do you find by a preponderance of the evidence that the breach proximately caused Ms. Alexander's hospitalization to be prolonged more than it otherwise should have been?

Yes _____      No _____

If your answer to Question No. 2 is "No", please sign and date this Verdict Form and return it to the Court Security Officer.

If your answer to Question No. 2 is "Yes", please continue to Question No. 3.

## Question No. 3

If you found that Lake City breached the standard of care and that the breach proximately caused Ms. Alexander's hospitalization to be more prolonged than it otherwise should have been, how much do you award in damages?

$ _____

_____   9/10/2024
Foreperson Signature              Date

Kelcey Messer
Foreperson Name

2