FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 11 2024

KEVIN P. WEIMER, Clerk

By: Velma Shanks
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES RILEY, individually as the surviving child of Mary Alexander, deceased, and as the executrix of the estate of Mary Alexander,<br><br>Plaintiff,<br><br>v.<br><br>LAKE CITY NURSING AND REHABILITATION CENTER, LLC d/b/a LAKE CITY NURSING AND REHAB CENTER and REX ROAD PROPERTY COMPANY, LLC,<br><br>Defendants. | Civil Action No.<br>1:20-cv-04986-VMC |

# JUDGMENT

This matter came before the Court for a Jury Trial beginning September 4, 2024. On September 10, 2024, the jury rendered its verdict in favor of Defendant Lake City Nursing and Rehabilitation Center, LLC, and against Plaintiff James Riley. Plaintiff James Riley having agreed on August 2, 2024 to dismiss its claims against Rex Road Property Company, LLC, it is hereby **ORDERED and ADJUDGED** that Plaintiff James Riley take nothing, and that the action be dismissed. Defendants shall recover their costs of the action.

**SO ORDERED** this 11th day of September, 2024.

_____
Victoria Marie Calvert
United States District Judge